# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF ILLINOIS
# WESTERN DIVISION

| | | |
|---|---|---|
| Michael Sandoval, Sr., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Case No. 20 C 50207 |
| v. | ) | |
| | ) | Hon. Margaret J. Schneider |
| | ) | |
| Jacoby Barron, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## REPORT AND RECOMMENDATION

      Online records show that Plaintiff was paroled from Robinson Correctional Center on June 10, 2021. Since then, Plaintiff has failed to appear for three telephonic status hearings [39] [40] [41]. He also has failed to update his address with the Court, despite being directed to do so and despite the Court taking the step of having orders sent to the residential address provided by the Illinois Department of Corrections on returned mail. For these reasons, it is the Court's Report and Recommendation that this case be dismissed for want of prosecution. Fed. R. Civ. P. 41(b). Any objection to this Report and Recommendation must be filed by November 30, 2021. Failure to object may constitute a waiver of objections on appeal. *See Provident Bank v. Manor Steel Corp.*, 882 F.2d 258, 260–61 (7th Cir. 1989). The Clerk is directed to mail a copy of this order to Plaintiff's last-known address, as reflected on the docket, and to 1834 Liberty Avenue, Urbana IL 61802.

Date: 11/10/2021                        ENTER:

                                                                                                   United States Magistrate Judge