**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| Michael Sandoval, Sr., | ) |
| Plaintiff, | ) ) ) |
| | ) Case No. 20 C 50207 |
| v. | ) |
| | ) Hon. Iain D. Johnston |
| | ) |
| Jacoby Barron, et al., | ) |
| | ) |
| Defendants. | ) |

**ORDER**

    This matter comes before the Court on the Report and Recommendation of Judge Schneider that this case be dismissed for want of prosecution. Any objection was to have been filed by Nov. 30, 2021, and no objection has been received. Finding no error, the Court adopts the Report and Recommendation [42] in full. This case is dismissed with prejudice for want of prosecution. *See* Fed. R. Civ. P. 41(b); *see also McInnis v. Duncan*, 697 F.3d 661, 664 (7th Cir. 2012) (dismissal is appropriate sanction for repeated failure to attend hearings where plaintiff has been warned of the possibility of dismissal); *Ball v. City of Chicago*, 2 F.3d 752, 756 (7th Cir. 1993) (stating that a district judge may dismiss a case for failure to prosecute where "an unrepresented plaintiff changed his address and did not give the court his new one"). The Clerk is directed to enter final judgment and mail a copy of this order to Plaintiff's last-known address, as reflected on the docket, and to 1834 Liberty Avenue, Urbana IL 61802.

Date: December 7, 2021    By: _____
                                                        Iain D. Johnston
                                                        United States District Judge